# VLADECK, RASKIN & CLARK, P.C.

JEREMIAH IADEVAIA<br>
212.403.7323<br>
JIADEVAIA@VLADECK.COM

June 23, 2020

BY ECF
Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Wendy Twardzik v. Misonix, Inc. et al.
              2:19-cv-6647 (FB)(PK)

Dear Judge Kuo:

      We represent the plaintiff, Wendy Twardzik, in the above-captioned employment matter against Misonix, Inc. and Michael McManus. We write on behalf of all parties to advise the Court that following a mediation the parties have reached a settlement in principle. We respectfully request that the Court enter a conditional order of dismissal with 30 days to reopen the case in the event the parties cannot finalize the agreement.

                                     Respectfully submitted,

                                               /s

                                            Jeremiah Iadevaia

cc:    Counsel for all parties (via ECF)