# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY TWARDZIK,<br><br>                     Plaintiff,<br><br>v.<br><br>MISONIX, INC. and MICHAEL MCMANUS,<br><br>                     Defendants. | Civ. No.: 19-CV-06647-FB-PK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendants, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

VLADECK, RASKIN & CLARK, P.C.
*ATTORNEY FOR PLAINTIFF*
565 Fifth Avenue, 9th Floor
New York, New York 10017
(212) 403-7300

By: /s/ Jeremiah Iadevaia
JEREMIAH IADEVAIA, ESQ.

Dated: August 24, 2020

GORDON & REES
*ATTORNEY FOR DEFENDANT MICHAEL MCMANUS*
1 Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 453-0747

By: /s/ Jeffrey A. Camhi
JEFFREY A. CAMHI, ESQ.

Dated: 9/18/20

JACKSON LEWIS P.C.
*ATTORNEY FOR DEFENDANT MISONIX, INC.*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

By: /s/ Jeffrey M. Schlossberg
JEFFREY M. SCHLOSSBERG, ESQ.

Dated: 9/18/20

2

SO ORDERED: _____
                                  U.S.D.J.

4841-2902-1889, v. 1